COURT OF 
APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
 
NO. 
2-03-177-CV

  
IN 
THE MATTER OF A.D.B. 

  
------------
FROM 
THE 323RD DISTRICT COURT OF TARRANT COUNTY
------------
MEMORANDUM OPINION[1] AND JUDGMENT
----------
        We 
have considered appellant’s “Motion For Voluntary Dismissal.” It is the 
court's opinion that the motion should be granted; therefore, we dismiss the 
appeal. See TEX. R. APP. P. 42.1(a)(1), 43.2(f).
  
                                                                  PER 
CURIAM

 
PANEL 
D:   LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.
 
DELIVERED: 
March 25, 2004


NOTES
1.  
See Tex. R. App. P. 47.4.